# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| Ronnie Jones,<br><br>　　　　Plaintiff,<br>　v.<br><br>Pegasus Steel, LLC,<br><br>　　　　Defendant. | Case No. 2:23-cv-01738-RMG-TER |

**ORDER REGARDING DEFENDANT'S MOTION TO DISMISS (DKT. NO. 6)**

　　Defendant filed a motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, arguing that the complaint failed to allege sufficient facts to state a claim for relief on Plaintiff's claims. (Dkt. No. 6 at 1). On December 19, 2023, the Magistrate Judge recommended granting Defendant's motion to dismiss and recommended that Plaintiff be given the opportunity to amend his complaint. (Dkt. No. 14 at 6). On January 3, 2024, Plaintiff filed an amended complaint. (Dkt. No. 14). Since Plaintiff has filed an amended complaint, the Court denies without prejudice Defendant's instant motion to dismiss as moot.

　　**AND IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　s/ Richard Mark Gergel
　　　　　　　　　　　　　　　　　　　　　　　Richard M. Gergel
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

January 3, 2024
Charleston, South Carolina